Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Civil Division

Faycal Manz

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Walmart Supercenter Secaucus #3520

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ✔ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Faycal Manz |
| Street Address | Wolfeschle 6 |
| City and County | 88433 Schemmerhofen |
| State and Zip Code | Federal Republic of Germany |
| Telephone Number | 004915730905037 |
| E-mail Address | manz2010@gmx.ch |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: WALMART Supercenter Secaucus #3520
- Job or Title (if known):
- Street Address: 400 Park Pl
- City and County: Secaucus, Hudson County
- State and Zip Code: New Jersey 07094
- Telephone Number: 201-325-9280
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Civil Rights Act of 1964

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Faycal Manz, is a citizen of the State of *(name)* Federal Republic of Germany.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Walmart Supercenter Secaucus #3520 , is incorporated under the laws of the State of *(name)* New Jersey , and has its principal place of business in the State of *(name)* New Jersey .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
10,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1- The Plaintiff is a german tourist who has been visting NYC till 08.30.2024 to attend the Tennis US Open.
2- The Plaintif was a customer at the Defendant on 29th August 2024 at 05:30 PM (card receipt existing).
3- The Plaintiff has a german mobile number as he lives and works as Sales Engineer in Germany.
4- It is not possible to access to the WIFI services provided by for the Defendand for his customers because a registration with a US mobile phone number is a must before accessing the WIFI. Under the Civil Rights Act of 1964, it is illegal to discriminate against individuals based on their national origin. The defendant's policy of requiring a U.S. mobile number effectively excludes foreign visitors, this constitutes discrimination based on National Origin. It is an unfair trade practice (against consumer pr. law), a breach of duty of care & of contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Negligent Infliction of Emotional Distress: The Defendant's policy was negligent and foreseeably caused my harm. This incident caused a big emotional negative impact, including the disruption of my plans, the inability to connect with my wife during a critical time. It detracted from the enjoyment of my trip as I had to fly back to Germany on the day after. I felt very discriminated and excluded from a service that is essential for all customers, regardless of their residence. Furthermore I have a complete documentation about my wife's surgery and illness showing why it was so important to make the video call at that time.

This incident triggered flashbacks to previous discrimination (during my childhood, school time, work time as foreign invidividual in Switzerland till April 2023), contributing to significant emotional distress. By the way it compounded the stress of my wife's illness suffering a higher pulse and a high blood pressure.I have already a pre-existing medical treatment for emotional distress, connected with past experiences of discrimination. I have now restart the treatment once again and contacted in the meantime my psychotherapist Dr. Wagner for further treatment. The Plaintiff has tried to find a solution with a defendant sending him E-Mails as well as a certified Mail via the US-Post. Unfortunately the Plaintiff did not receive an corresponding answer.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/08/2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Faycal Manz

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: