# UNITED STATES DISTRICT COURT
for the
District of New Jersey

**FAYCAL MANZ,**

*Plaintiff*

v.

**WALMART, INC. D/B/A WALMART SUPERCENTER SECAUCUS #3520**

*Defendant*

Case No. 2:24−CV−09676−BRM−SDA

## AFFIDAVIT OF SERVICE

I, Maximillian Hayden, being duly sworn, state:

I, Maximillian Hayden, declare under penalty of perjury that the following is true and correct:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I received the following documents on Wednesday, October 9th, 2024 at 7:43 PM. I served the following documents on Walmart, Inc. d/b/a Walmart Supercenter Secaucus #3520 in Mercer County, NJ on Thursday, October 10th, 2024 at 9:47 AM at 820 Bear Tavern Rd, Suite 305, West Trenton, NJ 08628 by leaving the following documents with Jathiya Singleton who as an "Intake Specialist" of CT Corporation System, is authorized by appointment or by law to receive service of process for CT Corporation System, registered agent of Walmart, Inc. d/b/a Walmart Supercenter Secaucus #3520.

SUMMONS IN A CIVIL CASE; COMPLAINT FOR A CIVIL CASE; CIVIL COVER SHEET; PRO SE (NON PRISONER) CONSENT & REGISTRATION FORM TO RECEIVE DOCUMENTS ELECTRONICALLY

Additional Description:
I delivered the documents to Jathiya Singleton, with identity confirmed by subject stating their name.

Age: 25-35; Ethnicity: African American; Gender: Female; Weight: 140-160; Height: 5'9"; Hair: Black
Geolocation of Serve: 40.2786435, -74.8281756

My fees are $0.00 for travel and $70.00 for services, for a total of $70.00.

_____     October 10th, 2024           Middlesex County, NJ
Maximillian Hayden                      Executed on                              In
Central Jersey Process Service LLC
9 S Greenwood #674, Hopewell, NJ 08525-8037
Authorized to serve pursuant to N.J. Ct. R. 4:4-3

Page 1 of 1