**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FAYCAL MANZ,** <br> **Plaintiff,** | **Case No.: 2:24-cv-09676-BRM-SDA** |
| **v.** | **AFFIDAVIT OF SERVICE** |
| **WALMART SUPERCENTER,** <br> **Defendant.** | |

I, Faycal Manz, hereby certify that on this 31 of July 2025, I caused a true and correct copy of the following document:

•       Plaintiff's Notice to Appeal (ECF 32) as to Order on Motion to Dismiss (ECF 31) and Opinion (ECF 30).

to be served for Defendant via the following method:

**By E-Mail and Certified Mail (see evidence below):**

Mr. Luis Hansen (Defendant's Attorney)
Ms. Latiqua Liles (Defendant's Attorney)
Ms. Jennifer Schwerner (Defendant's Attorney Team)
15 Independence Boulevard, Suite 420 Warren, NJ 07059, USA

E-Mail: lhansen@constangy.com (ECF registered E-Mail)
E-Mail: lliles@constangy.com (ECF registered E-Mail)
E-Mail: WMdocketing@constangy.com (ECF registered E-Mail)
E-Mail: jschwerner@constangy.com (ECF registered E-Mail)

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 31 of July 2025 in Germany

**RESPECTFULLY SUBMITTED,**

**Faycal Manz**
**Plaintiff Pro SE**

**manz2010@gmx.ch**

| | |
|---|---|
| **Von:** | Docsmit@docsmit.com |
| **Gesendet:** | Donnerstag, 31. Juli 2025 22:40 |
| **An:** | manz2010@gmx.ch |
| **Betreff:** | Mail to Luis Hansen (Constangy, Brooks, Smith LLP) Accepted for Delivery |



Electronic On Demand Mailroom

# Hi manz2010,



Thanks for sending your document using Docsmit. We've accepted it for delivery and we're preparing it to be printed and mailed.

We'll email you status updates as we track its production and delivery (unless you tell us not to).

| | |
|---|---|
| Recipient: | Luis Hansen (Constangy, Brooks, Smith LLP) |
| Address: | 15 Independence Blvd Ste 420 Warren, NJ 07059-2713 -US |
| Accepted: | 7/31/25, 4:38 PM (EDT-04:00) |
| Sending: | Certified |
| Envelope: | #10 |
| Production Status: | Pre-Production |

If you don't want to receive "Received" emails like these, you can turn off the 'Received Email' setting on the [Account Information page](Account Information page).

Did this land in your spam folder? It's unusual but occasionally it happens. If so, would you please let us know at support@docsmit.com? Thanks!
If you wish to be unsubscribed from these types of emails, please reply with UNSUBSCRIBE in the title.
Docsmit.com, Inc. 135 Bergen Ave, Suite 101, Jersey City, NJ 07305

**manz2010@gmx.ch**

| | |
|---|---|
| **Von:** | manz2010@gmx.ch |
| **Gesendet:** | Donnerstag, 31. Juli 2025 20:26 |
| **An:** | 'lliles@constangy.com'; 'lhansen@constangy.com'; 'jschwerner@constangy.com'; 'wmdocketing@constangy.com' |
| **Betreff:** | Notice of Appeal, Case: Manz ./. Walmart Supercenter |
| **Anlagen:** | Notice of Appeal 07.31.2025.pdf |

| **Verlauf:** | **Empfänger** | **Gelesen** |
|---|---|---|
| | 'lliles@constangy.com' | |
| | 'lhansen@constangy.com' | |
| | 'jschwerner@constangy.com' | |
| | 'wmdocketing@constangy.com' | |
| | Hansen, Luis | Gelesen: 31.07.2025 20:27 |

Hello,

please find enclosed the Notice of Appeal filed today regarding the above mentioned case.

This Notice of Appeal will be also served via Certified Mail.

Sincerely yours,

Faycal Manz
Plaintiff Pro SE

1

**manz2010@gmx.ch**

| | |
|---|---|
| **Von:** | Hansen, Luis <lhansen@constangy.com> |
| **An:** | manz2010@gmx.ch |
| **Gesendet:** | Donnerstag, 31. Juli 2025 20:27 |
| **Betreff:** | Read: Notice of Appeal, Case: Manz ./. Walmart Supercenter |

Ihre Nachricht

   An: Hansen, Luis
   Betreff: Notice of Appeal, Case: Manz ./. Walmart Supercenter
   Gesendet: Donnerstag, 31. Juli 2025 14:25:36 (UTC-05:00) Eastern Time (US & Canada)

 wurde am Donnerstag, 31. Juli 2025 14:26:59 (UTC-05:00) Eastern Time (US & Canada) gelesen.

Luis C. Hansen
Partner

Direct: 908.758.2787     • Mobile: 787.550.2383
Email: lhansen@constangy.com

15 Independence Blvd
Suite 420
Warren, NJ 07059
Main: 908.758.2785

http://www.constangy.com